UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                :

       - v -                                 :       **INFORMATION**

JOSEPH MORI,                            :       20 Cr. 100   (KMK)

           Defendant.                  :

- - - - - - - - - - - - - - - - - X

## COUNT ONE

### (Wire Fraud)

The United States Attorney charges:

### BACKGROUND

1.  At all times relevant to this Information:

    a.  JOSEPH MORI, the defendant, was a resident of Fishkill, New York.

    b.  MORI owned and operated Partnercare Funding ("Partnercare"), a loan brokerage business located in Wappingers Falls, New York.  Partnercare's clients were small businesses located throughout the United States and abroad.

### THE SCHEME

2.  JOSEPH MORI, the defendant, represented to Partnercare's clients that:  a) he could obtain commercial loans in exchange for a fee of one percent of the amount of the loan, which fee was payable in advance; b) Partnercare had

1

successfully obtained loans for its clients in the past; and c)
Partnercare would refund the fee if he was unable to obtain a
loan.   In reality, MORI had never been able to obtain a loan for
a client.   MORI failed to refund most of the the advance fees
he received and, in some instances, refunded advance fees with
fees he received from later clients.

3.   JOSEPH MORI, the defendant, through Partnercare,
received more than $451,410 in fees from more than 35 potential
borrowers.   Partnercare returned approximately $97,000 in fees
to clients, resulting in a loss to clients of approximately
$354,410.

## STATUTORY ALLEGATION

4.   From in or about July 2012 through in or about
October 2018, in the Southern District of New York and
elsewhere, JOSEPH MORI, the defendant, having devised and
intending to devise a scheme and artifice to defraud, and for
obtaining money and property by means of materially false and
fraudulent pretenses, representations and promises, for the
purpose of executing such scheme and artifice,  knowingly and
willfully transmitted and caused to be transmitted by means of
wire communication in interstate commerce, writings, signs,
signals, pictures, and sounds, to wit, for the purpose of
executing a scheme to defraud clients of Partnercare, MORI sent

and received emails and received wire transfers of fees in interstate commerce.

(Title 18, United States Code, Sections 1343 and 2)

## FORFEITURE ALLEGATION

5. As the result of committing the wire fraud offense in violation of Title 18, United States Code, Section 1343 as charged in Count One of this Information, JOSEPH MORI, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense.

## Substitute Asset Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e.   has been comingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981(a)(1)(C);
Title 21, United States Code, Section 853(p);
Title 28, United States Code, Section 2461.)

GEOFFREY S. BERMAN
United States Attorney

4